UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,                             ) | |
|                       Plaintiff,             ) | |
|                v.                               ) | CIVIL NO. 10-422-PB |
| Fourteen Thousand Eight Hundred Forty-Eight  ) ($14,848.00) Dollars, more or less, in U.S. Currency,  ) seized from Steven Buchanan;             ) | |
|                     Defendant *in rem*.    ) | |

## STIPULATED SETTLEMENT AGREEMENT

1.     Plaintiff, United States of America, through its undersigned counsel, and Steven Buchanan through his counsel, Charles Keefe, hereby enter into this settlement agreement for the forfeiture of $6,348.00 from the defendant *in rem* $14,848.00 in U.S. Currency.  The remaining $8,500.00 from the defendant *in rem* will be released to Steven Buchanan, through his attorney, Charles Keefe, Esq.

IT IS THEREFORE STIPULATED AND AGREED by and between the United States of America and Steven Buchanan that:

(A)     Steven Buchanan consents to the forfeiture of all of his right, title and interest, if any, of $6,348.00 from the defendant *in rem* $14,848.00, as well as any accrued interest on the sum seized.  The remainder of $8,500.00 from the defendant *in rem*, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be released to Steven Buchanan, through his attorney, Charles Keefe, Esq.

(B) Steven Buchanan shall not seek, through any court proceeding or other process, the return of any of the agreed-upon forfeited property, shall not object to the United States obtaining a Certificate of Reasonable Cause under 28 U.S.C.§ 2465; the parties shall bear their own costs of this proceeding, including attorney's fees, if any;

(C) Steven Buchanan is forever barred from asserting any claims against the United States, its agents, employees or assigns, including the United States Marshals Service (USMS), the Drug Enforcement Administration (DEA), and the Hudson Police Department (Hudson PD) in connection with, or arising from this forfeiture proceeding, including but not limited to any claim that the United States did not have probable cause to forfeit the above-listed defendant *in rem*;

(D) Steven Buchanan further agrees to hold harmless the United States, its agents, employees, or assigns, including the USMS, the DEA, and the Hudson PD from any and all claims, including any successful third party claims in connection with or arising out of the United States' seizure and detention of the defendant *in rem*;

(E) The United States shall not seek from Steven Buchanan or his heirs or assigns, through any court proceeding or other process, the funds which are released to Steven Buchanan pursuant to this Stipulation;

(F) By this Agreement, the parties do not intend to bind the Internal Revenue Service with respect to any claims arising under the Internal Revenue Code; and,

(G) This Stipulated Settlement Agreement constitutes the entire agreement between the United States and Steven Buchanan, and it may not be modified, amended or terminated except by a written agreement signed by the parties. No other inducements or offers have been made regarding the subject matter of this agreement.

Therefore, under the terms of the Stipulated Settlement Agreement:

$6,348.00 from the defendant *in rem* $14,848.00, plus any accrued interest on the entire sum seized, shall be forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party.

The remainder of $8,500.00 from the defendant *in rem*, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be released to Steven Buchanan, through his attorney, Charles Keefe. Upon the execution of this agreement, the United States will file an "assented-to" motion to forfeit $6,348.00 from the defendant *in rem* $14,848.00, and to dismiss the remaining $8,500.00 from this action.

                Respectfully submitted,

                JOHN P. KACAVAS
                United States Attorney

Dated: December 9, 2011   By: /s/ Robert J. Rabuck
                Robert J. Rabuck
                Assistant U.S. Attorney
                N.H. Bar No. 2087
                U.S. Attorney's Office
                55 Pleasant Street
                Concord, NH 03301-3904
                603-225-1552
                rob.rabuck@usdoj.gov

Dated: December 8, 2011   /s/ Steven Buchanan
               Steven Buchanan, Claimant

Dated:  December 8, 2011            /s/ Charles J. Keefe
                                    Charles J. Keefe, Esquire
                                    Counsel for Claimant
                                    Wilson, Bush, Durkin & Keefe
                                    184 Main Street, Suite 222
                                    Nashua, NH 03060